Decided January 3, 2002

### JEROME PARHAM *v.* COMMISSIONER OF CORRECTION

The petitioner Jerome Parham's petition for certification for appeal from the Appellate Court, 66 Conn. App. 844 (AC 21085), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided January 10, 2002